IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

REBECCA BARNES,

                Plaintiff,

        vs.                          Case No. 05-1337 -JTM

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

MEMORANDUM AND ORDER

This matter is before the court on the motion of the defendant to reverse and remand. The defendant states that upon remand the ALJ will conduct a supplemental hearing in which the plaintiff Barnes will have the opportunity to introduce additional medical evidence, the ALJ will specifically reconsider the limitations assessed by Dr. Moeller, redetermine Barnes's residual functional capacity, providing a rationale for the function-by-function assessed limitations, and consider whether Barnes is able to perform the vocationally relevant work she performed in 2003, 2004, and 2005. If the ALJ determines that Barnes's RFC keeps her from her past work, the ALJ will obtain evidence from a vocational expert regarding the availability of "other work."

The court will grant the defendant's motion. (Dkt. No.14) The court finds that remand is appropriate under 42 U.S.C. § 405(g), and final judgment in this matter will be entered. The case is reversed and remanded under sentence four of 42 U.S.C. § 405(g).

IT IS SO ORDERED this 20th day of September, 2006.

                                    s/ J. Thomas Marten
                                    J. THOMAS MARTEN, JUDGE